UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>BOLLING-GONZALEZ, SHALEEN | Case No.: 17-18604-JNP<br>Chapter: 7<br>Judge: Jerrold N. Poslusny, Jr. |

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on July 25, 2017, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 605 SYLVAN ROAD, SOMERDALE NJ 08083<br>(FMV $109,000.00) |

| | |
|---|---|
| Liens on property: | $92,575.68 - Quicken Loans |

| | |
|---|---|
| Amount of equity claimed as exempt: | $8,212.16 |

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-18604-JNP
Shaleen Bolling-Gonzalez                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Jun 20, 2017
                              Form ID: pdf905          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2017.
db            +Shaleen Bolling-Gonzalez,    605 Sylvan Road,    Somerdale, NJ 08083-2054
516792121     +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516792122    #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
516792123     +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516792130    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Department of the Treasury,
                Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 20 2017 22:29:31     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2017 22:29:27      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516792124     +E-mail/Text: dplbk@discover.com Jun 20 2017 22:29:55     Discover Personal Loan,
                Attention: Bankruptcy,    Po Box 30954,    Salt Lake City, UT 84130-0954
516792126      E-mail/Text: cio.bncmail@irs.gov Jun 20 2017 22:28:54     Internal Revenue Service,
                PO Box 21126,    Philadelphia, PA 19114
516792127     +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 20 2017 22:28:44      Kohls/Capital One,
                Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
516792128     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 20 2017 22:29:27      Office of the U.S. Trustee,
                District of New Jersey,    U.S. Department of Justice,    One Newark Center, Suite 2100,
                Newark, NJ 07102-5235
516792129     +E-mail/Text: bankruptcyteam@quickenloans.com Jun 20 2017 22:29:52       Quicken Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516792125*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    Special Procedures Branch,
                Bankruptcy Section,    PO Box 724,    Springfield, NJ 07081-0724)
                                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2017 at the address(es) listed below:
              Andrew Sklar     andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel R. Spivack    on behalf of Debtor Shaleen  Bolling-Gonzalez joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4