**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Shaleen Bolling–Gonzalez | Social Security number or ITIN   xxx–xx–4649 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _
EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–18604–JNP | |

## Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shaleen Bolling–Gonzalez

8/18/17                                                                         **By the court:**   Jerrold N. Poslusny Jr.
                                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 17-18604-JNP
Shaleen Bolling-Gonzalez                                                                    Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin                Page 1 of 1              Date Rcvd: Aug 18, 2017
                                  Form ID: 318               Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
```
db            +Shaleen Bolling-Gonzalez,   605 Sylvan Road,   Somerdale, NJ 08083-2054
516792130     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,   Department of the Treasury,
                Division of Taxation,   PO Box 269,   Trenton, NJ 08695-0269)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 18 2017 22:37:54    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2017 22:37:48    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516792121     +EDI: AMEREXPR.COM Aug 18 2017 22:28:00     Amex,   Correspondence,   Po Box 981540,
                El Paso, TX 79998-1540
516792122     +EDI: BANKAMER.COM Aug 18 2017 22:28:00     Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                Greensboro, NC 27420-6012
516792123     +EDI: CHASE.COM Aug 18 2017 22:28:00     Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
                Wilmington, DE 19850-5298
516792124     +EDI: DISCOVERPL Aug 18 2017 22:28:00     Discover Personal Loan,   Attention: Bankruptcy,
                Po Box 30954,   Salt Lake City, UT 84130-0954
516792124     +E-mail/Text: dplbk@discover.com Aug 18 2017 22:38:15    Discover Personal Loan,
                Attention: Bankruptcy,   Po Box 30954,   Salt Lake City, UT 84130-0954
516792126      EDI: IRS.COM Aug 18 2017 22:28:00     Internal Revenue Service,   PO Box 21126,
                Philadelphia, PA 19114
516792127     +EDI: CBSKOHLS.COM Aug 18 2017 22:28:00     Kohls/Capital One,   Kohls Credit,   Po Box 3043,
                Milwaukee, WI 53201-3043
516792128     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 18 2017 22:37:48    Office of the U.S. Trustee,
                District of New Jersey,   U.S. Department of Justice,   One Newark Center, Suite 2100,
                Newark, NJ 07102-5235
516792129     +E-mail/Text: bankruptcyteam@quickenloans.com Aug 18 2017 22:38:14    Quicken Loans,
                1050 Woodward Ave,   Detroit, MI 48226-1906
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516792125*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,   Special Procedures Branch,
                Bankruptcy Section,   PO Box 724,   Springfield, NJ 07081-0724)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
```
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor    QUICKEN LOANS INC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel R. Spivack    on behalf of Debtor Shaleen  Bolling-Gonzalez joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```